## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 14-13049 |
| | § | |
| ROSA PATRICIA GARDUNO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
### CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $2,637.00 | Assets Exempt: | $3,382.50 |
| Total Distributions to Claimants: | $2,997.88 | Claims Discharged Without Payment: | $59,963.67 |
| Total Expenses of Administration: | $1,212.12 | | |

3)      Total gross receipts of $4,210.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $4,210.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $2,000.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,212.12 | $1,212.12 | $1,212.12 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $58,973.41 | $58,115.64 | $44,894.14 | $2,997.88 |
| **Total Disbursements** | $60,973.41 | $59,327.76 | $46,106.26 | $4,210.00 |

4). This case was originally filed under chapter 7 on 04/08/2014. The case was pending for 32 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>12/10/2016</u>          By:   <u>/s/ David P. Leibowitz</u>
                                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Preference payments made to family members | 1229-000 | $4,210.00 |
| **TOTAL GROSS RECEIPTS** | | $4,210.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State Farm Bank | 4110-000 | $2,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $2,000.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $1,052.50 | $1,052.50 | $1,052.50 |
| DAVID P. LEIBOWITZ, Trustee | 2200-000 | NA | $61.13 | $61.13 | $61.13 |
| Green Bank | 2600-000 | NA | $98.49 | $98.49 | $98.49 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,212.12 | $1,212.12 | $1,212.12 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (General Electric Capital) | 7100-900 | $1,607.00 | $1,795.86 | $0.00 | $0.00 |
| 2 | Atlas | 7100-900 | $0.00 | $11,425.64 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---:|---:|---:|---:|
| | Acquisitions LLC (Citibank (South Dakota),) | | | | | |
| 3 | Navient Solutions, Inc. | 7100-000 | $39,299.00 | $44,894.14 | $44,894.14 | $2,997.88 |
| | Comenity Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | GE Money | 7100-000 | $1,603.40 | $0.00 | $0.00 | $0.00 |
| | Hsbc/bstby | 7100-000 | $137.00 | $0.00 | $0.00 | $0.00 |
| | Midland Fund | 7100-000 | $1,589.00 | $0.00 | $0.00 | $0.00 |
| | Midland Funding | 7100-000 | $1,768.00 | $0.00 | $0.00 | $0.00 |
| | Midland Funding | 7100-000 | $800.00 | $0.00 | $0.00 | $0.00 |
| | Midland Funding | 7100-000 | $529.00 | $0.00 | $0.00 | $0.00 |
| | Midland Funding | 7100-000 | $1,444.83 | $0.00 | $0.00 | $0.00 |
| | Midland Funding | 7100-000 | $1,789.18 | $0.00 | $0.00 | $0.00 |
| | State Farm Fncl Svcs F | 7100-000 | $6,780.00 | $0.00 | $0.00 | $0.00 |
| | Tnb-Visa (TV) / Target | 7100-000 | $1,627.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $58,973.41 | $58,115.64 | $44,894.14 | $2,997.88 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

Page No:   1        Exhibit 8

**ASSET CASES**

| Case No.: | 14-13049-ABG | | Trustee Name: | David Leibowitz |
| Case Name: | GARDUNO, ROSA PATRICIA | | Date Filed (f) or Converted (c): | 04/08/2014 (f) |
| For the Period Ending: | 12/10/2016 | | §341(a) Meeting Date: | 05/29/2014 |
| | | | Claims Bar Date: | 12/17/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Cash on Hand | $20.00 | $0.00 | | $0.00 | FA |
| 2 | Checking Account with Charter One Bank | $1,200.00 | $0.00 | | $0.00 | FA |
| 3 | Misc. Household Goods: Sofa, Television, VCR, DVD Player, Dining Table/Chairs, Refrigerator, Freezer, Stove, Microwave, Kitchen Table/Chairs, Pots/Pans, Dishes/Flatware, Vacuum, Bedroom Set, Dresser, Computer | $500.00 | $0.00 | | $0.00 | FA |
| 4 | Family Pictures, CD's, and DVD's | $50.00 | $0.00 | | $0.00 | FA |
| 5 | Used Personal Clothing | $200.00 | $0.00 | | $0.00 | FA |
| 6 | Class Ring | $300.00 | $0.00 | | $0.00 | FA |
| 7 | 1999 Saab 9-5 | $1,637.00 | $1,637.00 | | $0.00 | FA |
| 8 | 2001 Lexus ES 300 | $2,112.50 | $0.00 | | $0.00 | FA |
| 9 | Preference payments made to family members **(u)** | $0.00 | $4,200.00 | | $4,210.00 | FA |

**Asset Notes:**   Settlement with Debtor of preference cause of action against family members, approved by court order at docket no. 23.

**TOTALS (Excluding unknown value)**                                                                  **Gross Value of Remaining Assets**

| | | $6,019.50 | $5,837.00 | | $4,210.00 | $0.00 |
|---|---|---|---|---|---|---|

**Major Activities affecting case closing:**

06/30/2016    2016 Reporting Period:
Claims reviewed, and objections sustained.
TFR to be prepared.

06/30/2015    2015 Reporting Period:
Pending Collection Activity.  Once all funds have been received, TFR to be prepared.

06/17/2014    2014 Reporting Period:
Asset - preference payments to Debtor's family.
Demand letters to be prepared.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:  2          Exhibit 8

| Case No.: | 14-13049-ABG | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | GARDUNO, ROSA PATRICIA | Date Filed (f) or Converted (c): | 04/08/2014 (f) |
| For the Period Ending: | 12/10/2016 | §341(a) Meeting Date: | 05/29/2014 |
| | | Claims Bar Date: | 12/17/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):   11/13/2015          Current Projected Date Of Final Report (TFR):   08/31/2016

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-13049-ABG | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | GARDUNO, ROSA PATRICIA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2155 | | Checking Acct #: | ******4901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/8/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/10/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/15/2014 | (9) | Rosa Patricia Garduno | Settlement Payment 1 | 1229-000 | $1,000.00 | | $1,000.00 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $0.72 | $999.28 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.71 | $997.57 |
| 11/05/2014 | (9) | Rosa Patricia Garduno | Settlement Payment 2 | 1229-000 | $230.00 | | $1,227.57 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.74 | $1,225.83 |
| 12/12/2014 | (9) | Rosa Garduno | Settlement Payment 3 | 1229-000 | $230.00 | | $1,455.83 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.18 | $1,453.65 |
| 01/09/2015 | (9) | Rosa Garduno | Settlement Payment 4 | 1229-000 | $230.00 | | $1,683.65 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.67 | $1,680.98 |
| 02/04/2015 | (9) | Rosa Garduno | Settlement Payment 5 | 1229-000 | $230.00 | | $1,910.98 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.73 | $1,908.25 |
| 03/20/2015 | (9) | Rosa Garduno | Settlement Payment 6 | 1229-000 | $230.00 | | $2,138.25 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $3.03 | $2,135.22 |
| 04/07/2015 | (9) | Rosa Patricia Garduno | Settlement Payment 7 | 1229-000 | $230.00 | | $2,365.22 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $3.60 | $2,361.62 |
| 05/07/2015 | (9) | Rosa Garduno | Settlement Payment 8 | 1229-000 | $230.00 | | $2,591.62 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.05 | $2,587.57 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.04 | $2,583.53 |
| 07/01/2015 | (9) | Rosa Garduno | Settlement Payment 9 | 1229-000 | $230.00 | | $2,813.53 |
| 07/21/2015 | (9) | Rosa Garduno | Settlement Payment 10 | 1229-000 | $230.00 | | $3,043.53 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.85 | $3,038.68 |
| 08/13/2015 | (9) | Rosa Garduno | Settlement Payment 11 | 1229-000 | $230.00 | | $3,268.68 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.80 | $3,263.88 |
| 09/28/2015 | (9) | Rosa Patricia Garduno | Settlement Payment 12 | 1229-000 | $230.00 | | $3,493.88 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $5.12 | $3,488.76 |
| 10/16/2015 | (9) | Rosa Patricia Garduno | Settlement Payment 13 | 1229-000 | $230.00 | | $3,718.76 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $5.97 | $3,712.79 |
| 11/30/2015 | (9) | Patricia Garduno | Settlement Payment 14 | 1229-000 | $230.00 | | $3,942.79 |
| | | | **SUBTOTALS** | | $3,990.00 | $47.21 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-13049-ABG | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | GARDUNO, ROSA PATRICIA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2155 | Checking Acct #: | ******4901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/8/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/10/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $5.60 | $3,937.19 |
| 12/11/2015 | (9) | Patricia Garduno | Settlement Payment 15 | 1229-000 | $220.00 | | $4,157.19 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $6.54 | $4,150.65 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.69 | $4,143.96 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.25 | $4,137.71 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.67 | $4,131.04 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.66 | $4,124.38 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.44 | $4,117.94 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.43 | $4,111.51 |
| 11/07/2016 | 3001 | DAVID P. LEIBOWITZ | Trustee Compensation | 2100-000 | | $1,052.50 | $3,059.01 |
| 11/07/2016 | 3002 | DAVID P. LEIBOWITZ | Trustee Expenses | 2200-000 | | $61.13 | $2,997.88 |
| 11/07/2016 | 3003 | Navient Solutions, Inc. | Amount Claimed: 44,894.14;  Distribution Dividend: 6.68; Claim #: 3; Dividend: 72.91; Amount Allowed: 44,894.14; Notes: ; | 7100-000 | | $2,997.88 | $0.00 |

| | | | | SUBTOTALS | $220.00 | $4,162.79 |
|---|---|---|---|---|---|---|

Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 14-13049-ABG | | | **Trustee Name:** | David Leibowitz | |
| **Case Name:** | GARDUNO, ROSA PATRICIA | | | **Bank Name:** | Green Bank | |
| **Primary Taxpayer ID #:** | **-***2155 | | | **Checking Acct #:** | ******4901 | |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | |
| **For Period Beginning:** | 4/8/2014 | | | **Blanket bond (per case limit):** | $5,000,000.00 | |
| **For Period Ending:** | 12/10/2016 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $4,210.00 | $4,210.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,210.00 | $4,210.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $4,210.00 | $4,210.00 | |

| For the period of 4/8/2014 to 12/10/2016 | | For the entire history of the account between 09/15/2014 to 12/10/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,210.00 | Total Compensable Receipts: | $4,210.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,210.00 | Total Comp/Non Comp Receipts: | $4,210.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,210.00 | Total Compensable Disbursements: | $4,210.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,210.00 | Total Comp/Non Comp Disbursements: | $4,210.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 14-13049-ABG | |
| Case Name: | GARDUNO, ROSA PATRICIA | |
| Primary Taxpayer ID #: | **-***2155 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 4/8/2014 | |
| For Period Ending: | 12/10/2016 | |

| | |
|---|---|
| Trustee Name: | David Leibowitz |
| Bank Name: | Green Bank |
| Checking Acct #: | ******4901 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $4,210.00 | $4,210.00 | $0.00 |

**For the period of 4/8/2014 to 12/10/2016**

| | |
|---|---|
| Total Compensable Receipts: | $4,210.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,210.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,210.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $4,210.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the case between  04/08/2014 to 12/10/2016**

| | |
|---|---|
| Total Compensable Receipts: | $4,210.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,210.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,210.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $4,210.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ